**Electronically Filed
Supreme Court
SCMF-12-0000538
04-OCT-2018
04:42 PM**

SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
JULY 2018 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

July 2018 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

| | |
|---|---|
| Mark Mitchell Aase | Lisa Emily Engebretsen |
| Matthew Monroe Allison | Colette Nalani Errico |
| Jaclyn Louise Anderson | Matthew Daniel Hogan Ezer |
| Magdalena Bajon | Maria Fransisca Fagerstroem-Ryder |
| Michael Curtis Biechler | Kayla Mayumi Fajota |
| Andrea Jean Blackstone | Alicia Mei-Suei Fung |
| Ivana Bodey | Adam Irving Gafni |
| Amber Pua Malia Boll | Paul George Galindo |
| Scott Andrew Booth | Kathy Uilani Goods |
| Lucy Elizabeth Brown | Marc Louis Gugliuzza |
| Devon Micah Catalan | Shannon Kim Hackett |
| Haley Elizabeth Mei Li Chee | Janjeera Suzanne Hail |
| Cherie Masako OiMei Ching | Ana Patrisia Perez Hallmon |
| Alex Masatoshi Chun | Bobbie Takiko Harada |
| Lianne Tomiko Chung | Bradley Keone Hatfield |
| Mahesh Cleveland | Weiwei He |
| Seth Joseph Corpuz-Lahne | Matthew Micah Hilderbrand |
| Fernando Pastor Cosio | Norman Tana Hovijitra |
| Jasmine Pontillas Davé | Caitlin Marie Humphreys |
| Manta Kainalukea Dircks | Joshua Chul Song Humphries |

Naomi Iwabuchi
Alex Francisco Jacobs
Joshua Adam Jacobs
Anna Ji-hye Jang
Vijay Jetley
Lauren Kimiko Onaka Kagawa
Christian Lopaka Kon Hee Kamau
Jongwook Philip Kim
Andrew Leigh Kiyuna
Rio Ho Seung Kwon
Jasmine Wai Li Erika Lai
David Rian Lau
Jae-Young Lee
Jason Phillips Levin
Katherine Kay Linster
Christina Diane Lizzi
David Charles Loos
Valerie Gladys Lowson
Allisha Furuya Marotz
Julio Cesar Martin
Leslee Dawn Matthews
Megan Elizabeth Fujiko Malia
    Arii-Heger McDonald
Heather Michele McVay
Daniel Joseph Mistak
Katelynn Cadeaux Mitchell
Travis Takeshi Moon
Natalie Elise Moreland
Robert Joseph Morris, II
Brian Matthew Mullin
Matthew Hisashi Murakami
James Milton Nachbar
Arynn Rie Nagahiro
Dara Sayuri Nakagawa
Rosanne Marie Nolan

Brendan Keaweikekahialiiokamoku
    Ogata
Alexander William Kwock Ming Pang
Laurel Elizabeth Pepe
Su'e Judith Pritchard
Winter Francesca Bliss Quinn
Sharron Ileane Rancourt
Priya Marie Phillips Rashid
Jay B Reno
Richard Louis Righi
Leo Yosuke Shimizu
Robert Hideichi Shimizu
Brandon Paul Singleton
Alexander William Skopis
Karen Malia Smith
Sharon Lee Soileau
Alana Tsulan Kanahele Song
Kevin Alan Kaipoleimanu Soong
Mark Danielson Suzuki
Justin Reid Tanaka
Ronald Tang
Dwane Ikaika Tegman
Kara Leyana Teng
Lauren Ashley Thompson
Kevin Christopher Tongg
Kelli Mae Torigoe
Min Tsui
Jill Lynn Uehara
Timothy Alden Vandeveer
Dottie Sharon Wang
Brennan Michael Wong
Megan Lee Wong
Kevin Andrew Yolken
Rebecca Charis Yonashiro
Brant Kazuhiko Yoshimoto

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may _not_ engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, October 4, 2018.

BOARD OF EXAMINERS

By:    /s/ Rochelle R.T. Kaui

Its Secretary

